**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
GILBERTO R. DIAZ,              )    No. EDCV 08-445 CW
                               )
            Plaintiff,         )    JUDGMENT
                               )
       v.                      )
                               )
MICHAEL J. ASTRUE,             )
Commissioner, Social Security  )
Adminstration,                 )
                               )
            Defendant.         )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:  January 26, 2009


                              _____/s/_____
                                  CARLA M. WOEHRLE
                              United States Magistrate Judge